**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD WILLIAMS                                                                                       PLAINTIFF

v.                                              No. 4:14CV00697-JLH-JTK

JAMES SHELTON, et al.                                                                              DEFENDANTS

**ORDER**

Plaintiff Richard Williams has not responded to this Court's May 5, 2015 Order directing him to file an updated motion to proceed *in forma pauperis* within fifteen days of the date of the Order. Document #15. The Court warned plaintiff in the Order that failure to respond would result in the dismissal without prejudice of his Complaint, for failure to prosecute.[1] Therefore, in light of his failure to respond,

IT IS, THEREFORE, ORDERED that plaintiff's Complaint against defendants is DISMISSED without prejudice, for failure to prosecute.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .