**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICHARD WILLIAMS                                                                                          PLAINTIFF

v.                                          No. 4:14CV00697-JLH-JTK

JAMES SHELTON, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of June, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE